IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROSEMARY BREAKFIELD**                                        **PLAINTIFF**

**v.**                 **CASE NO. 4:10-cv-1490 BSM**

**FIRST RELIANCE STANDARD**
**LIFE INSURANCE COMPANY**                                    **DEFENDANT**

## JUDGMENT

Pursuant to the order entered this day, this case is dismissed with prejudice. The parties shall bear their own fees and costs.

IT IS SO ORDERED this 14th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE