IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NETTIE LEE RAYMOND MARDIS
a/k/a CONNIE MARDIS                                                                    PLAINTIFF

v.                      CASE NO. 5:10CV00085 BSM

FOREST PRODUCT TRANSPORTS, LLC.                                          DEFENDANT

## JUDGMENT

Pursuant to the verdict returned by the jury on November 3, 2011;

IT IS ORDERED, ADJUDGED AND DECREED that on the claims of plaintiff Nettie Lee Raymond Mardis a/k/a Connie Mardis, judgment is rendered for defendant Forest Product Transports, LLC and plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED this 7th day of November 2011.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE